In the Matter of PERKY MILK CORPORATION, Petitioner, v. DON J. WICKHAM, as Commissioner of Agriculture and Markets of the State of New York, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.